**12**

Timothy C. Springer, Esq. #207229
Nancy D. Klepac, Esq. #253896
LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. West, Suite 102
Fresno, CA 93705
Telephone: (559) 225-3622
Facsimile: (559) 225-3459
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the Matter of:<br><br>**RICHARD MARTINES**<br>**DAWN MARTINES**<br><br>Debtors | Case No.19-12058-B-13F<br><br>DC No: NDK-1<br><br>Chapter 13<br><br>Date: January 13, 2021<br>Time: 9:30 AM<br>Dept: B<br>Ctrm: 13(5th Floor)<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, California 93721-1318<br>Judge Rene' Lastreto |

## EXHIBITS IN SUPPORT OF FEE APPLICATION

Exhibit A: Fee Narrative — Pg. 2-3
Exhibit B: Spreadsheet by Date — Pg. 4-7
Exhibit C: Spreadsheet by Project — Pg. 8-11
Exhibit D: Fee Agreement — Pg. 12.

**2**

Timothy C. Springer, Esq. #207229
**Nancy D. Klepac, Esq. #253896**
LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. West, Suite 102
Fresno, CA 93705
Telephone: (559) 225-3622
Facsimile: (559) 225-3459

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA FRESNO

| In re:<br><br>RICHARD MARTINES<br>DAWN MARTINES<br><br><br><br>Debtors. | Case No.:19-12058-B-13F<br><br>DC No: NDK-1<br><br>Chapter 13<br><br>FEE NARRATIVE<br><br>DATE: January 13, 2021<br>TIME:　9:30 AM<br>CTRM:　13(5th Floor)<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, California 93721-1318<br>JUDGE:　René Lastreto |
|---|---|

### Fee Narrative

The Debtors, Richard and Dawn Martines, filed for bankruptcy protection under Chapter 13 of Title 11 of the United States Code on May 14, 2019. This case was taken by our firm on an hourly basis because it was clear from the beginning that this would not be an ordinary Chapter 13 case.

The Debtors were above-median income; however, their expenses were not typical of your average Chapter 13 family. Additionally, the Debtors had exempt property that was not normally seen in a Chapter 13 case. The Debtor's acknowledged that one or both of these issues could cause the Trustee to object in order to increase the distribution to the unsecured creditors.

Page 1



FEE NARRATIVE

Pg. 2

To date our firm has spent a substantial amount of time calculating plans, the means test, and the Debtors' exemptions

Based on the work performed thus far, Attorney for the Debtors believes that an initial fee application totaling $14,005.00 was justified by the amount of work done.

Dated: November 25, 2020                    The Law Office of Timothy C. Springer

                                                                By: Nancy D. Klepac, Esq.
                                                                Attorneys for Debtors



FEE NARRATIVE EXHIBIT A-2          pg3

# LAW OFFICES OF TIMOTHY C. SPRINGER

4905 N. West, Suite 102  
Fresno, California 93705  
Telephone: (559) 225-3622  
Facsimile: (559) 225-3459

**RE: Martines**

10/8/2020

United States Bankruptcy Court, Eastern District of California, Fresno

Itemized by date

| DATE | OPERATOR | TIME (hr) | Rate (Hourly) | TASK | Task Group |
|---|---|---|---|---|---|
| 8/2/17 | TCS | 1 | $350.00 | Initial Discussion with Client | Consultation and Fact Gathering |
| 10/18/18 | TCS | 0.5 | $350.00 | Review Client situation | Consultation and Fact Gathering |
| 1/17/19 | NDK | 0.1 | $350.00 | E-mail with Client | Consultation and Fact Gathering |
| 4/18/19 | TCS | 1.3 | $350.00 | Review Client situation | Independent Verification of Information |
| 5/6/19 | TCS | 0.2 | $350.00 | Prepare Ch 13 Contract | Consultation and Fact Gathering |
| 5/7/19 | OA | 1.6 | $150.00 | Prepare new client folder, consultation agreement, and other initial documents; Data Entry for Voluntary Petition, Schedules | Consultation and Fact Gathering |
| 5/10/19 | NDK | 1.8 | $350.00 | Research Client information | Independent Verification of Information |
| 5/12/19 | NDK | 1.3 | $350.00 | Review Case and all documents already submitted | Independent Verification of Information |
| 5/12/19 | NDK | 2.4 | $350.00 | Case Spreadsheet | Preparation of Voluntary Petition, Schedules and Statements |
| 5/14/19 | TCS | 0.5 | $350.00 | File Case | Preparation of Voluntary Petition, Schedules and Statements |
| 5/16/19 | OA | 0.4 | $150.00 | Review all documents and Transmit to Trustee | Preparation of Voluntary Petition, Schedules and Statements |
| 5/30/19 | NDK | 1.9 | $350.00 | Meet with Clients | Plan, Hearings, Objections |

EXHIBIT B-1

pg. 4

| Date | Atty | Hrs | Rate | Task | Matter |
|---|---|---|---|---|---|
| 6/25/19 | NDK | 0.9 | $350.00 | Attend 341 meeting | Plan, Hearings, Objections |
| 6/26/19 | NDK | 0.7 | $350.00 | Revise 122C | Plan, Hearings, Objections |
| 6/26/19 | NDK | 0.6 | $350.00 | Revise Income Expenses | Plan, Hearings, Objections |
| 6/26/19 | TCS | 0.4 | $350.00 | Review Objection to Confirmation | MHM-1 |
| 6/27/19 | TCS | 0.4 | $350.00 | Respond Objection to Confirmation | MHM-1 |
| 6/27/19 | NDK | 0.2 | $350.00 | File Amendments | Plan, Hearings, Objections |
| 6/28/19 | NDK | 0.2 | $350.00 | Review Motion to Dismiss | MHM-2 |
| 6/28/19 | NDK | 1.6 | $350.00 | Prepare response MTD | MHM-2 |
| 7/3/19 | NDK | 0.4 | $350.00 | Respond to Motion to Dismiss | MHM-2 |
| 7/3/19 | OA | 0.4 | $150.00 | Serve Response | MHM-2 |
| 7/12/19 | NDK | 0.1 | $350.00 | Withdrawal | MHM-2 |
| 7/19/19 | NDK | 0.5 | $350.00 | Hearing | MHM-1 |
| 7/30/19 | NDK | 0.4 | $350.00 | Respond to Objection to Exemptions | MHM-3 |
| 7/30/19 | OA | 0.2 | $150.00 | Serve Response | MHM-3 |
| 7/31/19 | NDK | 0.8 | $350.00 | OST | MHM-3 |
| 7/31/19 | NDK | 0.2 | $350.00 | Proposed Order | MHM-3 |
| 8/3/19 | NDK | 1.1 | $350.00 | Prepare Modification Documents | 1st Modified Plan, Motions, Objections |
| 8/3/19 | NDK | 0.9 | $350.00 | Revise 122C | 1st Modified Plan, Motions, Objections |
| 8/3/19 | NDK | 1.1 | $350.00 | Revise Income Expenses and Plan | 1st Modified Plan, Motions, Objections |
| 8/11/19 | OA | 0.4 | $150.00 | Finalize File and Serve 1st Mod | 1st Modified Plan, Motions, Objections |
| 8/15/19 | NDK | 0.1 | $350.00 | Review Disposition | MHM-1 |
| 9/9/19 | NDK | 0.1 | $350.00 | Review Disposition | MHM-3 |
| 10/3/19 | NDK | 0.4 | $350.00 | Respond to Motion to Dismiss | MHM-4 |
| 10/3/19 | OA | 0.2 | $150.00 | Serve Response | MHM-4 |
| 10/18/19 | NDK | 0.1 | $350.00 | Amend Notice | 1st Modified Plan, Motions, Objections |
| 10/22/19 | NDK | 0.1 | $350.00 | Review Objection | MHM-5 |
| 10/23/19 | NDK | 0.2 | $350.00 | Review Opposition | 1st Modified Plan, Motions, Objections |
| 11/25/19 | NDK | 1.3 | $350.00 | Discussions with Client | Stay Violation |
| 11/7/19 | NDK | 0.4 | $350.00 | Respond to Objection to Exemptions | MHM-5 |



EXHIBIT B-2

Pg.5

| Date | Atty | Hours | Rate | Description | Matter |
|---|---|---|---|---|---|
| 11/7/19 | OA | 0.2 | $150.00 | Serve Response | MHM-5 |
| 11/12/19 | NDK | 0.1 | $350.00 | Discussions with Trustee | MHM-5 |
| 11/12/19 | NDK | 0.1 | $350.00 | E-mail With Trustee | MHM-4 |
| 11/14/19 | NDK | 0.3 | $350.00 | Hearing on Plan | MHM-4 |
| 11/14/19 | NDK | 0.4 | $350.00 | Hearing on Exemptions | MHM-4 |
| 11/22/19 | NDK | 0.4 | $350.00 | Letter to Client | 1st Modified Plan, Motions, Objections |
| 11/22/19 | NDK | 0.2 | $350.00 | E-mail With Trustee | MHM-4 |
| 11/22/19 | NDK | 0.5 | $350.00 | Hearing | MHM-5 |
| 11/25/19 | NDK | 1.1 | $350.00 | Prepare Modification Documents | 2nd Modified Plan, Motions, Objections |
| 11/25/19 | NDK | 0.4 | $350.00 | Revise 122C | 2nd Modified Plan, Motions, Objections |
| 11/25/19 | NDK | 1.2 | $350.00 | Revise Income Expenses and Plan | 2nd Modified Plan, Motions, Objections |
| 11/25/19 | NDK | 0.5 | $350.00 | Discussions with Creditor | Stay Violation |
| 11/27/19 | OA | 0.2 | $150.00 | File Amended Exemptions | 2nd Modified Plan, Motions, Objections |
| 11/27/19 | NDK | 0.3 | $350.00 | Reply to MTD | MHM-4 |
| 12/2/19 | NDK | 0.1 | $350.00 | E-mail With Trustee | MHM-5 |
| 12/3/19 | NDK | 0.3 | $150.00 | Finalize File and Serve | 2nd Modified Plan, Motions, Objections |
| 12/3/19 | OA | 0.1 | $150.00 | File Amended Exemptions | MHM-4 |
| 12/6/19 | NDK | 0.1 | $350.00 | E-Mail With Trustee | 2nd Modified Plan, Motions, Objections |
| 12/12/19 | NDK | 0.1 | $350.00 | Review OCP | 2nd Modified Plan, Motions, Objections |
| 12/13/19 | NDK | 0.5 | $350.00 | Attend Hearings | MHM-4 |
| 1/13/20 | NDK | 0.8 | $350.00 | Settlement Discussion | Stay Violation |
| 1/16/20 | NDK | 0.1 | $350.00 | Review Hearing Disposition | MHM-5 |
| 1/16/20 | NDK | 1.8 | $350.00 | Discussions with Client | Stay Violation |
| 1/16/20 | NDK | 0.3 | $350.00 | Hearing on MTD | MHM-4 |
| 1/21/20 | NDK | 0.1 | $350.00 | E-Mail With Trustee | MHM-5 |
| 2/1/20 | NDK | 0.2 | $350.00 | Discussions with Trustee | MHM-5 |
| 2/12/20 | NDK | 0.5 | $350.00 | Review and Sign approval of Settlement | Stay Violation |
| 2/12/20 | NDK | 0.1 | $350.00 | OCP | 2nd Modified Plan, Motions, Objections |
| 2/12/20 | NDK | 0.5 | $350.00 | Hearing on Settlement | Stay Violation |



EXHIBIT B-3

pg. 6

| Date | | | | |
|---|---|---|---|---|
| 2/27/20 | NDK | 0.3 | $350.00 | Discussions with Creditor |
| 3/24/20 | NDK | 0.6 | $350.00 | Review notice of filed claims |
| 7/15/20 | NDK | 0.2 | $350.00 | Hearing on Settlement |
| 10/8/20 | NDK | 2.3 | $350.00 | Fee Application |
| | | | | Stay Violation |
| | | | | Preparation of Voluntary Petition, Schedules and Statements |
| | | | | Stay Violation |
| | | | | Fee Application |

## BILLING TOTALS

| | Hours | Rate | TOTAL |
|---|---|---|---|
| Atty | 38.30 | $ 350.00 p/hr | $13,405.00 |
| OA | 4.00 | $ 150.00 p/hr | $600.00 |
| TOTAL | 42.30 | | $14,005.00 |

EXHIBIT B-4

pg. 7

*Itemized by Project/task*

| DATE | OPERATOR | TIME (hr) | Rate (Hourly) | TASK | Task Group |
|---|---|---|---|---|---|
| 8/3/19 | NDK | 1.1 | $350.00 | Prepare Modification Documents | 1st Mod Plan, |
| 8/3/19 | NDK | 0.9 | $350.00 | Revise 122C | 1st Mod Plan, |
| 8/3/19 | NDK | 1.1 | $350.00 | Revise Income Expenses and Plan | 1st Mod Plan, |
| 8/11/19 | OA | 0.4 | $150.00 | Finalize File and Serve 1st Mod | 1st Mod Plan, |
| 10/18/19 | NDK | 0.1 | $350.00 | Amend Notice | 1st Mod Plan, |
| 10/23/19 | NDK | 0.2 | $350.00 | Review Opposition | 1st Mod Plan, |
| 11/14/19 | NDK | 0.3 | $350.00 | Hearing on Plan | 1st Mod Plan, |
| 11/22/19 | NDK | 0.4 | $350.00 | Letter to Client | 1st Mod Plan, |
| | TCS | 0 | | $0.00 | |
| | NDK | 4.1 | | $1,435.00 | |
| | OA | 0.4 | | $60.00 | |
| | Sum | 4.5 | | $1,495.00 | |

| DATE | OPERATOR | TIME (hr) | Rate (Hourly) | TASK | Task Group |
|---|---|---|---|---|---|
| 11/25/19 | NDK | 1.1 | $350.00 | Prepare Modification Documents | 2nd Mod Plan, |
| 11/25/19 | NDK | 0.4 | $350.00 | Revise 122C | 2nd Mod Plan, |
| 11/25/19 | NDK | 1.2 | $350.00 | Revise Income Expenses and Plan | 2nd Mod Plan, |
| 11/27/19 | OA | 0.2 | $150.00 | File Amended Exemptions | 2nd Mod Plan, |
| 12/3/19 | OA | 0.3 | $150.00 | Finalize File and Serve | 2nd Mod Plan, |
| 12/6/19 | NDK | 0.1 | $350.00 | E-Mail With Trustee | 2nd Mod Plan, |
| 12/12/19 | NDK | 0.1 | $350.00 | Review OCP | 2nd Mod Plan, |
| 2/12/20 | NDK | 0.1 | $350.00 | OCP | 2nd Mod Plan, |
| | TCS | 0 | | $0.00 | |
| | NDK | 3 | | $1,050.00 | |
| | OA | 0.5 | | $75.00 | |
| | Sum | 3.5 | | $1,125.00 | |

| DATE | OPERATOR | TIME (hr) | Rate (Hourly) | TASK | Task Group |
|---|---|---|---|---|---|
| 8/2/17 | TCS | 1 | $350.00 | Initial Discussion with Client | Consultation and |
| 10/18/18 | TCS | 0.5 | $350.00 | Review Client situation | Consultation and |
| 1/17/19 | NDK | 0.1 | $350.00 | E-mail with Client | Consultation and |
| 5/6/19 | TCS | 0.2 | $350.00 | Prepare Ch 13 Contract | Consultation and |
| 5/7/19 | OA | 1.6 | $150.00 | Prepare folder and other initial documents; Data Entry for Voluntary Petition, Schedules | Consultation and Fact Gathering |
| | TCS | 1.7 | | $595.00 | |
| | NDK | 0.1 | | $35.00 | |
| | OA | 1.6 | | $240.00 | |
| | Sum | 3.4 | | $870.00 | |

EXHIBIT C-1

pg. 8

| Date | Atty | Hours | Rate | Description | Category |
|---|---|---|---|---|---|
| 5/12/19 | NDK | 2.4 | $350.00 | Case Spreadsheet | Prep of Vol Petition, |
| 5/14/19 | TCS | 0.5 | $350.00 | File Case | Prep of Vol Petition, |
| 5/16/19 | OA | 0.4 | $150.00 | Review all documents and Transmit | Prep of Vol Petition, |
| 3/24/20 | NDK | 0.6 | $350.00 | Review notice of filed claims | Prep of Vol Petition, |
| | TCS | 0.5 | | $175.00 | |
| | NDK | 3 | | $1,050.00 | |
| | OA | 0.4 | | $60.00 | |
| | Sum | 3.9 | | **$1,285.00** | |

| Date | Atty | Hours | Rate | Description | Category |
|---|---|---|---|---|---|
| 4/18/19 | TCS | 1.3 | $350.00 | Review Client situation | Independent |
| 5/10/19 | NDK | 1.8 | $350.00 | Research Client information | Independent |
| 5/12/19 | NDK | 1.3 | $350.00 | Review Case and all documents | Independent |
| | TCS | 1.3 | | $455.00 | |
| | NDK | 3.1 | | $1,085.00 | |
| | OA | 0 | | $0.00 | |
| | Sum | 4.4 | | **$1,540.00** | |

| Date | Atty | Hours | Rate | Description | Category |
|---|---|---|---|---|---|
| 5/30/19 | NDK | 1.9 | $350.00 | Meet with Clients | Plan, Hearings, |
| 6/25/19 | NDK | 0.9 | $350.00 | Attend 341 meeting | Plan, Hearings, |
| 6/26/19 | NDK | 0.7 | $350.00 | Revise 122C | Plan, Hearings, |
| 6/26/19 | NDK | 0.6 | $350.00 | Revise Income Expenses | Plan, Hearings, |
| 6/27/19 | NDK | 0.2 | $350.00 | File Amendments | Plan, Hearings, |
| | TCS | 0 | | $0.00 | |
| | NDK | 4.3 | | $1,505.00 | |
| | OA | 0 | | $0.00 | |
| | Sum | 4.3 | | **$1,505.00** | |

| Date | Atty | Hours | Rate | Description | Category |
|---|---|---|---|---|---|
| 11/25/19 | NDK | 1.3 | $350.00 | Discussions with Client | Stay Violation |
| 11/25/19 | NDK | 0.5 | $350.00 | Discussions with Creditor | Stay Violation |
| 1/13/20 | NDK | 0.8 | $350.00 | Settlement Discussion | Stay Violation |
| 1/16/20 | NDK | 1.8 | $350.00 | Discussions with Client | Stay Violation |
| 2/12/20 | NDK | 0.5 | $350.00 | Review and Sign approval of | Stay Violation |
| 2/12/20 | NDK | 0.5 | $350.00 | Hearing on Settlement | Stay Violation |
| 2/27/20 | NDK | 0.3 | $350.00 | Discussions with Creditor | Stay Violation |
| 7/15/20 | NDK | 0.2 | $350.00 | Hearing on Settlement | Stay Violation |
| | TCS | 0 | | $0.00 | |
| | NDK | 5.9 | | $2,065.00 | |
| | OA | 0 | | $0.00 | |
| | Sum | 5.9 | | **$2,065.00** | |

EXHIBIT C-2

pg. 9

| Date | Initials | Hours | Rate | Description | Ref |
|---|---|---|---|---|---|
| 6/26/19 | TCS | 0.4 | $350.00 | Review Objection to Confirmation | MHM-1 |
| 6/27/19 | TCS | 0.4 | $350.00 | Respond Objection to Confirmation | MHM-1 |
| 7/19/19 | NDK | 0.5 | $350.00 | Hearing | MHM-1 |
| 8/15/19 | NDK | 0.1 | $350.00 | Review Disposition | MHM-1 |
| | TCS | 0.8 | | $280.00 | |
| | NDK | 0.6 | | $210.00 | |
| | OA | 0 | | $0.00 | |
| | Sum | 1.4 | | **$490.00** | |
| 6/28/19 | NDK | 0.2 | $350.00 | Review Motion to Dismiss | MHM-2 |
| 6/28/19 | NDK | 1.6 | $350.00 | Prepare response MTD | MHM-2 |
| 7/3/19 | NDK | 0.4 | $350.00 | Respond to Motion to Dismiss | MHM-2 |
| 7/3/19 | OA | 0.4 | $150.00 | Serve Response | MHM-2 |
| 7/12/19 | NDK | 0.1 | $350.00 | Withdrawal | MHM-2 |
| | TCS | 0 | | $0.00 | |
| | NDK | 2.3 | | $805.00 | |
| | OA | 0.4 | | $60.00 | |
| | Sum | 2.7 | | **$865.00** | |
| 7/30/19 | NDK | 0.4 | $350.00 | Respond to Objection to Exemptions | MHM-3 |
| 7/30/19 | OA | 0.2 | $150.00 | Serve Response | MHM-3 |
| 7/31/19 | NDK | 0.8 | $350.00 | OST | MHM-3 |
| 7/31/19 | NDK | 0.2 | $350.00 | Proposed Order | MHM-3 |
| 9/9/19 | NDK | 0.1 | $350.00 | Review Disposition | MHM-3 |
| | TCS | 0 | | $0.00 | |
| | NDK | 1.5 | | $525.00 | |
| | OA | 0.2 | | $30.00 | |
| | Sum | 1.7 | | **$555.00** | |
| 10/3/19 | NDK | 0.4 | $350.00 | Respond to Motion to Dismiss | MHM-4 |
| 10/3/19 | OA | 0.2 | $150.00 | Serve Response | MHM-4 |
| 11/12/19 | NDK | 0.1 | $350.00 | E-mail With Trustee | MHM-4 |
| 11/14/19 | NDK | 0.4 | $350.00 | Hearing on Exemptions | MHM-4 |
| 11/22/19 | NDK | 0.2 | $350.00 | E-mail With Trustee | MHM-4 |
| 11/27/19 | NDK | 0.3 | $350.00 | Reply to MTD | MHM-4 |
| 12/3/19 | OA | 0.1 | $150.00 | File Amended Exemptions | MHM-4 |
| 12/13/19 | NDK | 0.5 | $350.00 | Attend Hearings | MHM-4 |
| 1/16/20 | NDK | 0.3 | $350.00 | Hearing on MTD | MHM-4 |
| | TCS | 0 | | $0.00 | |
| | NDK | 2.2 | | $770.00 | |
| | OA | 0.3 | | $45.00 | |
| | Sum | 2.5 | | **$815.00** | |

EXHIBIT C-3



pg. 10

| DATE | OPERATOR | TIME (hr) | Rate (Hourly) | TASK | Task Group |
|---|---|---|---|---|---|
| 10/22/19 | NDK | 0.1 | $350.00 | Review Objection | MHM-5 |
| 11/7/19 | NDK | 0.4 | $350.00 | Respond to Objection to Exemptions | MHM-5 |
| 11/7/19 | OA | 0.2 | $150.00 | Serve Response | MHM-5 |
| 11/12/19 | NDK | 0.1 | $350.00 | Discussions with Trustee | MHM-5 |
| 11/22/19 | NDK | 0.5 | $350.00 | Hearing | MHM-5 |
| 12/2/19 | NDK | 0.1 | $350.00 | E-mail With Trustee | MHM-5 |
| 1/16/20 | NDK | 0.1 | $350.00 | Review Hearing Disposition | MHM-5 |
| 1/21/20 | NDK | 0.1 | $350.00 | E-Mail With Trustee | MHM-5 |
| 2/1/20 | NDK | 0.2 | $350.00 | Discussions with Trustee | MHM-5 |

|  | | | | |
|---|---|---|---|---|
| | TCS | 0 | $0.00 | |
| | NDK | 1.6 | $560.00 | |
| | OA | 0.2 | $30.00 | |
| | Sum | 1.8 | | **$590.00** |

| DATE | OPERATOR | TIME (hr) | Rate (Hourly) | TASK | Task Group |
|---|---|---|---|---|---|
| 10/8/20 | NDK | 2.3 | $350.00 | Fee Application | Fee Application |

| | | | | |
|---|---|---|---|---|
| | TCS | 0 | $0.00 | |
| | NDK | 2.3 | $805.00 | |
| | OA | 0 | $0.00 | |
| | Sum | 2.3 | | **$805.00** |

| | | | | |
|---|---|---|---|---|
| Total: | | 42.3 | $14,005.00 | |

EXHIBIT C-4

pg. 11

**1**

Timothy C. Springer, Esq. #207229
**Nancy D. Klepac, Esq. #253896**
LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. West, Suite 102
Fresno, CA 93705
Telephone: (559) 225-3622
Facsimile: (559) 225-3459

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA FRESNO

| In re:<br><br>RICHARD MARTINES<br>DAWN MARTINES<br><br><br><br><br>Debtors. | Case No.:19-12058-B-13F<br><br>DC No: NDK-1<br><br>Chapter 13<br><br>CLIENT APPROVAL OF FEE APPLICATION<br><br>X   INTERIM APPLICATION<br><br>☐ FINAL APPLICATION |
|---|---|

I, RICHARD MARTINES, am a debtor in the above-entitled matter. I have read the fee application of The Law Office of Timothy C. Springer and approve the same.

I, DAWN MARTINES, am a debtor in the above-entitled matter. I have read the fee application of The Law Office of Timothy C. Springer and approve the same.

_____    11/5/2020
Debtor                                             Date

_____    11/5/2020
Debtor                                             Date

1

Fee Application Client Approval EDC Fresno (Version 2.0  8-9-2013)

**EXHIBIT D-1**

pg. 11