**5**

Timothy C. Springer, Esq. #207229
Nancy D. Klepac, Esq. 253896
LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. West, Suite 102
Fresno, CA 93705
Telephone: (559) 225-3622
Facsimile: (559) 225-3459

Attorney for Debtors,

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| In the Matter of: | Case No. 19-12058-B-13 |
|---|---|
| RICHARD MARTINES | DCN: NDK-1 |
| DAWN MARTINES | CHAPTER 13 |
| Debtors. | Date: January 13, 2021<br>Time: 9:30 AM<br>Dept: B<br>Ctrm: 13(5th Floor)<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, California 93721-1318<br>Judge René Lastreto |

## PROOF OF SERVICE

I declare that:

I am employed in the County of Fresno, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 4905 N. West, Suite 102, Fresno, CA 93705. On December 5, 2020, I served the within <u>MOTION FOR ATTORNEY FEES AND EXPENSES, NOTICE OF COURT HEARING, CLIENT</u>

1

APPROVAL APPLICATION FEE, AND EXHIBITS THEREOF to the interested parties in said cause, by electronic mail, or by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno,

The attached creditors were also served.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 5, 2020 in Fresno, California.

*Virginia Ellis*
Virginia Ellis

```
Label Matrix for local noticing        Affirm Inc                              BH Financial Group LLC
0972-1                                  633 Folsom St Fl 7                      c/o Kenosian & Miele, LLP
Case 19-12058          NOT A PARTY      San Francisco CA 94107-3618             8581 Santa Monica Blvd #17
Eastern District of California                                                  Los Angeles CA 90069-4120
Fresno
Fri Dec  4 09:30:40 PST 2020

Bank Of America                         Bank of America, N.A.                   Capital One
Nc4-105-03-14                           P O Box 982284                          Attn General Correspondence Bankruptcy
Po Box 26012                            El Paso, TX 79998-2284                  Po Box 30285
Greensboro NC 27420-6012                                                        Salt Lake City UT 84130-0285


Capital One Bank (USA), N.A.            (p)JPMORGAN CHASE BANK  N A             Chex Systems Inc     NOT A PARTY
4515 N Santa Fe Ave                     BANKRUPTCY MAIL INTAKE TEAM             7805 Hudson Road Suite 100
Oklahoma City, OK 73118-7901            700 KANSAS LANE FLOOR 01                Saint Paul MN 55125-1703
                                        MONROE LA 71203-4774


Citibank Best Buy                       Citibank The Home Depot                 Comenity Capital mprc
Citicorp Centralized Bankruptcy         Citicorp Cr Srvs Centralized Bankruptcy Attn Bankruptcy
Po Box 790040                           Po Box 790040                           Po Box 18215
Saint Louis MO 63179-0040               St Louis MO 63179-0040                  Columbus OH 43218


Costco Go Anywhere Citicard             Credit One Bank Na                      Directv, LLC by American InfoSource as agent
Centralized Bk Citicorp Credit Card Srv Po Box 98873                            4515 N Santa Fe Ave
Po Box 790040                           Las Vegas NV 89193-8873                 Oklahoma City, OK 73118-7901
St Louis MO 63179-0040


Discover Bank                           Discover Financial                      EdFinancial Services
Discover Product Inc                    Po Box 3025                             Attn Bankruptcy Department
PO BOX 3025                             New Albany OH 43054-3025                298 N Seven Oaks Dr
New Albany, OH 43054-3025                                                       Knoxville TN 37922-2369


Edfinancial on behalf of US Dept of Educatio   Equifax          NOT A PARTY    Experian       NOT A PARTY
120 N Seven Oaks Drive   Duplicate             P O Box 740241                   475 Anton Blvd
Knoxville, TN 37922-2359                       Atlanta GA 30374-0241            Costa Mesa CA 92626-7037


FRANCHISE TAX BOARD                     Franchise Tax Board    Duplicate        Golden 1 Credit Union
BANKRUPTCY SECTION MS A340              PO Box 2952 MS A-340                    P.O. BOX 15966
PO BOX 2952                             Attn Bankruptcy Unit                    SACRAMENTO, CA 95852-0966
SACRAMENTO CA 95812-2952                Sacramento CA 95812-2952


Internal Revenue Service                JPMorgan Chase Bank, N.A.               Nancy D. Klepac    Attorney
PO Box 7346                             s/b/m/t Chase Bank USA, N.A.            4905 N. West Ave. #102
Philadelphia PA 19101-7346              c/o Robertson, Anschutz & Schneid, P.L. Fresno, CA 93705-0438
                                        6409 Congress Avenue, Suite 100
                                        Boca Raton, FL 33487-2853


LVNV Funding, LLC                       Law Office of Kenosian Miele LLP        Lendingpoint Llc
Resurgent Capital Services              8581 Santa Monica Blvd 17               1701 Barrett Lake Blvd
P.O. Box 10587                          West Hollywood CA 90069-4120            Kennesaw GA 30144-4582
Greenville, SC 29603-0587
```

| | | |
|---|---|---|
| Dawn Marie Martines<br>2997 Desert Ranch Way<br>Madera, CA 93637-8833 | Richard John Martines<br>2997 Desert Ranch Way<br>Madera, CA 93637-8833 | Michael H. Meyer<br>PO Box 28950<br>Fresno, CA 93729-8950 |
| Midland Credit Management Inc<br>2365 Northside Dr Suite 300<br>San Diego CA 92108-2709 | Midland Funding, LLC<br>Midland Credit Management, Inc. as<br>agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | National Credit Adjusters Llc<br>327 W 4th Ave<br>Po Box 3023<br>Hutchinson KS 67504-3023 |
| Office of the U.S. Trustee<br>United States Courthouse<br>2500 Tulare Street, Room 1401<br>Fresno, CA 93721-1326 | Pay Pal Credit<br>PO Box 105658<br>Atlanta GA 30348-5658 | Don J. Pool<br>8080 N. Palm Ave., Third Floor<br>Fresno, CA 93711-5797 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Scott McCaskill<br>3790 Lester Rd<br>Denair CA 95316-9502 | Timothy C. Springer  *Attorney*<br>4905 N West #102<br>Fresno, CA 93705-0438 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank Amazon<br>Attn Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | Synchrony Bank Lowes<br>Attn Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 |
| Synchrony Bank Sams Club<br>Attn Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | Synchrony Bank TJX<br>Attn Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Target<br>C O Financial Retail Srvs<br>Mailstopn BT POB 9475<br>Minneapolis MN 55440-9475 | The Golden 1 Credit Un<br>8945 Cal Center Dr<br>Sacramento CA 95826-3239 | Transunion  *NOT A PARTY*<br>P O Box 2000<br>Chester PA 19016-2000 |
| Verizon<br>Attn Wireless Bankrupty Admin<br>500 Technology Dr Ste 500<br>Weldon Springs MO 63304-2225 | Vivint Solar  *Undeliverable*<br>c/o Don J. Pool<br>8080 N Palm Ave 3rd Fl<br>PO Box 28902<br>Fresno, CA 93729-8902 | Vivint Solar<br>4704 N Sonora Lane 102<br>Fresno CA 93722-3969 |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y,<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | Wells Fargo Home Mortgage<br>Correspondence<br>P O Box 10335<br>Des Moines IA 50306-0335 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Card Services  
Attn Correspondence  
Po Box 15278  
Wilmington DE 19850

Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)WELLS FARGO BANK, N.A.

End of Label Matrix  
Mailable recipients    55  
Bypassed recipients    1  
Total    56